UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

EDDIE MILLER, DIGITAL MARKETING &
EVENTS, INC., USMARKETING.COM, INC. AND          No.   19-cv-06994 (PKC)
DAMONS LIST, LLC

                   Plaintiffs,          **JOINT STIPULATION OF**
                                     **DISMISSAL WITH PREJUDICE**

     -against-

PARTICIPATORY SAFETY, INC. AND JOHN
DOE NOS. 1-10

                   Defendant.


-------------------------------------------------------------------- x

PARTICIPATORY SAFETY, INC.

                   Counterclaim Plaintiff,


-against-


EDDIE MILLER, DIGITAL MARKETING &
EVENTS, INC., USMARKETING.COM, INC. AND
DAMONS LIST, LLC

                   Counterclaim
                   Defendants.
-------------------------------------------------------------------- x

     **IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiffs and Counterclaim Defendants Eddie Miller, Digital Marketing & Events, Inc., USMarketing.Com, Inc., and Damons List, LLC and Defendant and Counterclaim Plaintiff Participatory Safety, Inc. that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims in the above-captioned action be, and hereby are, dismissed with prejudice, with neither party deemed the prevailing party and each party to bear their own attorneys' fees and costs.


                         **[Signature Block on Next Page]**

Dated: March 18, 2020

Karen J. Bernstein
BERNSTEIN IP
200 Park Avenue #1700
New York, NY 10166
(212) 339-9955
kjb@bernsteinip.com
*Attorneys for Plaintiffs and Counterclaim*
*Defendants Eddie Miller, Digital Marketing*
*& Events, Inc., USMarketing.com, Inc., and*
*Damons List, LLC*

Joelle A. Milov
Eric J. Shimanoff
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036
(212) 790-9200
jam@cll.com
ejs@cll.com
*Attorneys for Defendant Counterclaim*
*Plaintiff Participatory Safety, Inc.*

31993/000/3455308