UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

EDDIE MILLER, DIGITAL MARKETING &
EVENTS, INC., USMARKETING.COM, INC. AND
DAMONS LIST, LLC

                        Plaintiffs,

    -against-

PARTICIPATORY SAFETY, INC. AND JOHN
DOE NOS. 1-10

                        Defendant.

No.   19-cv-06994 (PKC)

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

------------------------------------------------------------------ x

PARTICIPATORY SAFETY, INC.

                        Counterclaim Plaintiff,

-against-

EDDIE MILLER, DIGITAL MARKETING &
EVENTS, INC., USMARKETING.COM, INC. AND
DAMONS LIST, LLC

                        Counterclaim
                        Defendants.

------------------------------------------------------------------ x

      **IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiffs and Counterclaim Defendants Eddie Miller, Digital Marketing & Events, Inc., USMarketing.Com, Inc., and Damons List, LLC and Defendant and Counterclaim Plaintiff Participatory Safety, Inc. that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims in the above-captioned action be, and hereby are, dismissed with prejudice, with neither party deemed the prevailing party and each party to bear their own attorneys' fees and costs.

                                      **[Signature Block on Next Page]**

31993/000/3455308

Dated: March 18, 2020

Karen J. Bernstein
BERNSTEIN IP
200 Park Avenue #1700
New York, NY 10166
(212) 339-9955
kjb@bernsteinip.com
*Attorneys for Plaintiffs and Counterclaim Defendants Eddie Miller, Digital Marketing & Events, Inc., USMarketing.com, Inc., and Damons List, LLC*

Joelle A. Milov
Eric J. Shimanoff
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036
(212) 790-9200
jam@cll.com
ejs@cll.com
*Attorneys for Defendant Counterclaim Plaintiff Participatory Safety, Inc.*

31993/000/3455308