```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
EDDIE MILLER, DIGITAL MARKETING &
EVENTS, INC., USMARKETING.COM, INC. AND          No.   19-cv-06994 (PKC)
DAMONS LIST, LLC
                    Plaintiffs,                  JOINT STIPULATION OF
                                                 DISMISSAL WITH PREJUDICE
       -against-

PARTICIPATORY SAFETY, INC. AND JOHN
DOE NOS. 1-10
                    Defendant.

------------------------------------------------------------------ x
PARTICIPATORY SAFETY, INC.
                    Counterclaim Plaintiff,

-against-

EDDIE MILLER, DIGITAL MARKETING &
EVENTS, INC., USMARKETING.COM, INC. AND
DAMONS LIST, LLC
                    Counterclaim
                    Defendants.
------------------------------------------------------------------ x
```

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiffs and Counterclaim Defendants Eddie Miller, Digital Marketing & Events, Inc., USMarketing.Com, Inc., and Damons List, LLC and Defendant and Counterclaim Plaintiff Participatory Safety, Inc. that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims in the above-captioned action be, and hereby are, dismissed with prejudice, with neither party deemed the prevailing party and each party to bear their own attorneys' fees and costs.

**[Signature Block on Next Page]**

Dated: March 18, 2020

| | |
|---|---|
| Karen J. Bernstein<br>BERNSTEIN IP<br>200 Park Avenue #1700<br>New York, NY 10166<br>(212) 339-9955<br>kjb@bernsteinip.com<br>*Attorneys for Plaintiffs and Counterclaim Defendants Eddie Miller, Digital Marketing & Events, Inc., USMarketing.com, Inc., and Damons List, LLC* | Joelle A. Milov<br>Eric J. Shimanoff<br>COWAN, LIEBOWITZ & LATMAN, P.C.<br>114 West 47th Street<br>New York, NY 10036<br>(212) 790-9200<br>jam@cll.com<br>ejs@cll.com<br>*Attorneys for Defendant Counterclaim Plaintiff Participatory Safety, Inc.* |

31993/000/3455308